**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7407**

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

DAVE ANDRAE TAYLOR, a/k/a Indian, a/k/a Nicholas, a/k/a
Spike,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Robert E. Payne, Senior
District Judge.  (3:99-cr-00145-REP-2)

Submitted:  January 20, 2016      Decided:  February 5, 2016

Before WILKINSON and KEENAN, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Dave Andrae Taylor, Appellant Pro Se.  Heather L. Hart,
Assistant United States Attorney, Richmond, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dave Andrae Taylor appeals the district court's order denying relief on his motion under 18 U.S.C. § 3582(c)(2) (2012) for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Taylor</u>, No. 3:99-cr-00145-REP-2 (E.D. Va. Aug. 31, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>